# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

STEPHEN and CHRISTINA THOMAS; MELISSA JANKOWSKI; and DAWN ATCHISON and TODD REYNOLDS,

*Appellants,*

v.

DOUGLAS COUNTY BOARD OF EDUCATION and DOUGLAS COUNTY SCHOOL DISTRICT,

*Appellees,*

and

JAMES LARUE, SUZANNE T. LARUE, INTERFAITH ALLIANCE OF COLORADO, RABBI JOEL R. SCHWARTZMAN, KEVIN LEUNG, CHRISTIAN MOREAU, MARITZA CARRERA, SUSAN MCMAHON, TAXPAYERS FOR PUBLIC EDUCATION, CINDRA S. BARNARD, and MASON S. BARNARD,

*Intervenor-Appellees.*

**No. 16-1258**

**FRAP 42(B) AGREEMENT TO DISMISS APPEAL**

Pursuant to Fed. R. App. P. 42(b), all parties agree that this appeal of the denial of Appellants' motion for a preliminary injunction should be dismissed, with each party to bear its own its own costs and fees.

RESPECTFULLY SUBMITTED this 12th day of August, 2016.

s/ Michael E. Bindas
Michael E. Bindas
INSTITUTE FOR JUSTICE
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
(425) 646-9300
mbindas@ij.org

Timothy D. Keller
INSTITUTE FOR JUSTICE
398 S. Mill Avenue, Suite 301
Tempe, AZ 85281
(480) 557-8300
tkeller@ij.org

*Attorneys for Appellants Stephen and Christina Thomas; Melissa Jankowski; and Dawn Atchison and Todd Reynolds*

s/ Eric V. Hall
Eric V. Hall
James M. Lyons
Stacy Guillon
LEWIS ROCA ROTHGERBER CHRISTIE LLP
90 S. Cascade Avenue, Suite 1100
Colorado Springs, CO 80903
jlyons@lrrc.com
ehall@lrrc.com
sguillon@lrrc.com

Robert Ross
Staff Legal Counsel
DOUGLAS COUNTY SCHOOL DISTRICT
620 Wilcox Street
Castle Rock, CO 80104
Robert.ross@dcsdk12.org

*Attorneys for Appellees Douglas County Board of Education and Douglas County School District*

s/ Matthew J. Douglas
Matthew J. Douglas
Timothy R. Macdonald
Michelle K. Albert
ARNOLD & PORTER LLP
370 17th Street, Suite 4400
Denver, CO 80202-1370
Matthew.Douglas@aporter.com
Timothy.Macdonald@aporter.com
Michelle.Albert@aporter.com

s/ Michael S. McCarthy
Michael S. McCarthy
Colin C. Deihl
Rhyddid Watkins
Bruce Jones
FAEGRE BAKER DANIELS LLP
1700 Lincoln Street, Suite 3200
Denver, Colorado 80203
michael.mccarthy@FaegreBD.com
colin.deihl@FaegreBD.com

Mark Silverstein
Sara Neel
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 E. 17th Street, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org

Daniel Mach
Heather L. Weaver
ACLU FOUNDATION PROGRAM ON
FREEDOM OF RELIGION AND BELIEF
915 15th Street NW, Suite 600
Washington, DC 20005
dmach@aclu.org
hweaver@aclu.org

Richard B. Katskee
Alex J. Luchenitser
AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1901 L Street NW, Suite 400
Washington, DC 20036
katskee@au.org
luchenitser@au.org

*Attorneys for Intervenor-Appellees James LaRue, Suzanne T. LaRue, Interfaith Alliance of Colorado, Rabbi Joel R. Schwartzman, Kevin Leung, Christian Moreau, Maritza Carrera, and Susan McMahon*

rhyddid.watkins@FaegreBD.com
bruce.jones@FaegreBD.com

*Attorneys for Intervenor-Appellees Taxpayers for Public Education, Cindra S. Barnard, and Mason S. Barnard*

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing motion and the supporting declaration and exhibits filed in support of it:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3) the digital submissions have been scanned for viruses with the most recent version of Bitdefender Endpoint Security Tools (version 6.2.9.799, updated on August 11, 2016) and according to the program are free of viruses.

s/ Michael E. Bindas
Michael E. Bindas

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, I electronically filed the foregoing FRAP 42(B) AGREEMENT TO DISMISS APPEAL using the Court's CM/ECF system, which shall send notification of such filing to the following:

James M. Lyons
Eric V. Hall
Stacy Guillon
LEWIS ROCA ROTHGERBER CHRISTIE LLP
90 S. Cascade Avenue, Suite 1100
Colorado Springs, CO 80903
jlyons@lrrc.com
ehall@lrrc.com
Sguillon@lrrc.com

*Attorneys for Appellees Douglas County Board of Education and Douglas County School District*

Matthew J. Douglas
Timothy R. Macdonald
Michelle K. Albert
ARNOLD & PORTER LLP
370 17th Street, Suite 4400
Denver, CO 80202-1370
Matthew.Douglas@aporter.com
Timothy.Macdonald@aporter.com
Michelle.Albert@aporter.com

Mark Silverstein
Sara Neel
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF COLORADO
303 E. 17th Street, Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
sneel@aclu-co.org

Daniel Mach
Heather L. Weaver
ACLU FOUNDATION PROGRAM ON FREEDOM OF RELIGION AND BELIEF
915 15th Street NW, Suite 600
Washington, DC 20005
dmach@aclu.org
hweaver@aclu.org

Richard B. Katskee
Alex J. Luchenitser
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1901 L Street NW, Suite 400
Washington, DC 20036
katskee@au.org
luchenitser@au.org

*Attorneys for Intervenor-Appellees James LaRue, Suzanne T. LaRue, Interfaith Alliance of Colorado, Rabbi Joel R. Schwartzman, Kevin Leung, Christian Moreau, Maritza Carrera, and Susan McMahon*

Michael S. McCarthy
Colin C. Deihl
Rhyddid Watkins
Bruce Jones
FAEGRE BAKER DANIELS LLP
1700 Lincoln Street, Suite 3200
Denver, Colorado 80203
michael.mccarthy@FaegreBD.com
colin.deihl@FaegreBD.com
rhyddid.watkins@FaegreBD.com
bruce.jones@FaegreBD.com

*Attorneys for Intervenor-Appellees Taxpayers for Public Education, Cindra S. Barnard, and Mason S. Barnard*

I hereby certify that on August 12, 2016, I mailed or served the foregoing FRAP 42(B) AGREEMENT TO DISMISS APPEAL by first class mail, postage pre-paid, to the following:

Robert Ross
Staff Legal Counsel
DOUGLAS COUNTY SCHOOL DISTRICT
620 Wilcox Street
Castle Rock, CO 80104
Robert.ross@dcsdk12.org

*Attorney for Appellees Douglas County Board of Education and Douglas County School District*

s/ Michael E. Bindas
Michael E. Bindas
INSTITUTE FOR JUSTICE
10500 NE 8th Street, Suite 1760
Bellevue, WA 98004
(425) 646-9300
mbindas@ij.org

*Attorneys for Appellants Stephen and Christina Thomas; Melissa Jankowski; and Dawn Atchison and Todd Reynolds*